417 A.2d 772

Commonwealth v. McFeely, Appellant.

Argued May 7, 1979. Sally Frick, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

606

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*
Order affirmed.